UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DANIEL & TERRY VANMULLEKOM.,  Case No. 07-21217

                    Debtor(s).  Chapter 7 Proceeding
                                      Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN U.S. REGISTRY

    NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $19.57 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10" from the Interim Distribution on May 18, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 2  | Schmitzer Hardware | $0.85 |
| 4  | PYOD LLC | $9.25 |
| 8  | Frankenmuth Credit Union | $4.24 |
| 12 | Recovery Management Systems Corp. | $2.11 |
| 13 | Recovery Management Systems Corp. | $3.12 |
|    | TOTAL | $19.57 |

DATED: November 16, 2010

                                                      /s/ Randall L. Frank
                                                      _____
                                                      Randall L. Frank (P33189)
                                                      Chapter 7 Trustee
                                                      310 Davidson Building
                                                      P.O. Box 2220
                                                      Bay City, Michigan 48707
                                                      Telephone: (989) 893-2461
                                                      randall.frank@gmail.com